This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 49
The People &c.,
                    Respondent,
             v
Stanley Hardee,
                    Appellant.




          Rachel T. Goldberg, for appellant.
          Jessica Olive, for respondent.








*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered for a future Court session.


Decided May 9, 2017